| FORM B1 | United States Bankruptcy Court<br>_MIDDLE_ District of _FLORIDA_ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual enter Last First, Middle)<br><br>_Thiessen, Michelle_ | Name of Joint Debtor (Spouse)(Last First Middle) |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married maiden and trade names)<br>_NONE_ | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden and trade names) |
| Last four digits of Soc Sec No /Complete EIN or other Tax I D No<br>(if more than one, state all) _0109_ | Last four digits of Soc Sec No /Compete EIN or other Tax I D No<br>(if more than one, state all) |
| Street Address of Debtor (No & Street, City State & Zip Code)<br>_1613 Bolado Pkwy_<br>_Cape Coral, FL 33914_ | Street Address of Joint Debtor (No & Street City, State & Zip Code) |
| County of Residence or of the<br>Principal Place of Business _Lee_ | County of Residence or of the<br>Principal Place of Business |
| Mailing Address of Debtor (if different from street address)<br>_SAME_ | Mailing Address of Joint Debtor (if different from street address) |

| Location of Principal Assets of Business Debtor<br>(If different from street address above) _NOT APPLICABLE_ |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | | | |
| ☐ Corporation | ☐ Stockbroker | ☒ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Other_____ | ☐ Clearing Bank | ☐ Sec 304 - Case ancillary to foreign proceeding | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☒ Consumer/Non-Business | ☐ Business | ☒ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U S C § 101

☐ Debtor is and elects to be considered a small business under 11 U S C § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule 1006(b) See Official Form No 3

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

☐ Debtor estimates that funds will be available for distribution to unsecured creditors

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

| Estimated Number of Creditors | 1-15<br>☐ | 16-49<br>☒ | 50-99<br>☐ | 100-199<br>☐ | 200-999<br>☐ | 1000-over<br>☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50 000<br>☒ | $50 001 to<br>$100 000<br>☐ | $100 001 to<br>$500 000<br>☐ | $500 001 to<br>$1 million<br>☐ | $1 000 001 to<br>$10 million<br>☐ | $10 000 001 to<br>$50 million<br>☐ | $50 000 001 to<br>$100 million<br>☐ | More than<br>$100 million<br>☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50 000<br>☒ | $50 001 to<br>$100 000<br>☐ | $100 001 to<br>$500,000<br>☐ | $500 001 to<br>$1 million<br>☐ | $1,000 001 to<br>$10 million<br>☐ | $10 000 001 to<br>$50 million<br>☐ | $50 000 001 to<br>$100 million<br>☐ | More than<br>$100 million<br>☐ |

| Voluntary Petition | Name of Debtor(s) | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | *Michelle Thiessen* | |

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| *NONE* | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date Filed |
|---|---|---|
| *NONE* | | |
| District | Relationship | Judge |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _~Michelle Thiessen~_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_1/24/05_
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

_William G. Whitcomb 517062_
Printed Name of Attorney for Debtor(s)

_William G. Whitcomb_
Firm Name

_2016 Bayside Parkway_
Address

_Fort Myers FL 33901_

_239 334-7700_       1 - 12 - 5
Telephone Number       Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X _____  1 - 12 - 5
Signature of Attorney for Debtor(s)       Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U S C § 110, 18 U S C § 156

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re *Michelle Thiessen*

Case No

Chapter   7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets  Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities

| NAME OF SCHEDULE | Attached (Yes/No) | No of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | Yes | 1 | $          0.00 | | |
| B-Personal Property | Yes | 2 | $      1,040.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $          0.00 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 1 | | $          0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $     31,200.00 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $      1,344.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $      1,305.00 |
| Total Number of Sheets in All Schedules ► | | 18 | | | |
| Total Assets ► | | | $      1,040.00 | | |
| Total Liabilities ► | | | | $     31,200.00 | |

In re _Michelle Thiessen_ _____/ Debtor    Case No _____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property  or in which the debtor has a life estate  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit   If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "  If the debtor holds no interest in real property, write "None" under "Description and Location of Property "

Do not include interests in executory contracts and unexpired leases on this schedule List them in Schedule G-Executory Contracts and Unexpired Leases
If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim  See Schedule D If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim "

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | **TOTAL $** | _0.00_ | |

No continuation sheets attached

**TOTAL $**
(Report also on Summary of Schedules )

In re *Michelle Thiessen* _____ / Debtor    Case No _____

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None "  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category  If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt

Do not list interests in executory contracts and unexpired leases on this schedule  List them in Schedule G-Executory Contracts and Unexpired Leases  If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property "

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1  Cash on hand | | *Cash* | | *$ 10.00* |
| 2  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | *Bank of America checking* | | *$ 20.00* |
| 3  Security deposits with public utilities, telephone companies, landlords, and others | X | | | |
| 4  Household goods and furnishings, including audio, video, and computer equipment | | *VCR $25; kitchen table/chairs $50; lamps $30; microwave $15; p/p/d $20; TV $75; bedroom set $100; bedroom set $100* | | *$ 415.00* |
| 5  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6  Wearing apparel | | *Clothes* | | *$ 50.00* |
| 7  Furs and jewelry | | *Wedding band $20; costume $25* | | *$ 45.00* |
| 8  Firearms and sports, photographic, and other hobby equipment | X | | | |
| 9  Interests in insurance policies  Name insurance company of each policy and itemize surrender or refund value of each | X | | | |
| 10  Annuities  Itemize and name each issuer | X | | | |
| 11  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans  Itemize | X | | | |
| 12  Stock and interests in incorporated and unincorporated businesses  Itemize | X | | | |
| 13  Interests in partnerships or joint ventures  Itemize | X | | | |
| 14  Government and corporate bonds and other negotiable and non-negotiable instruments | X | | | |
| 15  Accounts Receivable | X | | | |

In re _Michelle Thiessen_ _____ / Debtor       Case No _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16 Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled  Give particulars | X | | | |
| 17 Other liquidated debts owing debtor including tax refunds  Give particulars | | _2004 income tax refund, if any, up to_ | | $ 500.00 |
| 18 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | |
| 19 Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |
| 20 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims  Give estimated value of each | X | | | |
| 21 Patents, copyrights, and other intellectual property  Give particulars | X | | | |
| 22 Licenses, franchises, and other general intangibles  Give particulars | X | | | |
| 23 Automobiles, trucks, trailers and other vehicles | X | | | |
| 24 Boats, motors, and accessories | X | | | |
| 25 Aircraft and accessories | X | | | |
| 26 Office equipment, furnishings, and supplies | X | | | |
| 27 Machinery, fixtures, equipment and supplies used in business | X | | | |
| 28 Inventory | X | | | |
| 29 Animals | X | | | |
| 30 Crops - growing or harvested  Give particulars | X | | | |
| 31 Farming equipment and implements | X | | | |
| 32 Farm supplies, chemicals, and feed | X | | | |
| 33 Other personal property of any kind not already listed  Itemize | X | | | |

Page   2   of   2

Total ➤     $ 1,040.00

In re
*Michelle Thiessen* _____ / Debtor     Case No _____
                                                                          (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under

(Check one box)

☐ 11 U S C § 522(b) (1)   Exemptions provided in 11 U S C § 522(d)  Note  These exemptions are available only in certain states

☒ 11 U S C § 522(b) (2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash | Fl  Stat  Ann  $222.11<br>Art. 10 §4(a)(2) Fl Const , FSA §222.061 | $ 10.00<br>$ 0.00 | $ 10.00 |
| Bank of America | Fl. Stat. Ann. $222.11<br>Art  10 §4(a)(2) Fl Const., FSA §222.061 | $ 20.00<br>$ 0 00 | $ 20 00 |
| Household goods | Art. 10 §4(a)(2) Fl Const., FSA §222.061 | $ 415.00 | $ 415.00 |
| Clothes | Art. 10 §4(a)(2) Fl Const., FSA §222.061 | $ 50.00 | $ 50 00 |
| Jewelry | Art. 10 §4(a)(2) Fl Const , FSA §222 061 | $ 45.00 | $ 45.00 |
| 2004 income tax refund | Art. 10 §4(a)(2) Fl Const., FSA<br>Fl. Stat. Ann  §222.25(3) | $ 500.00<br>$ 0.00 | $ 500.00 |

FORM B6D (12/03) West Group, Rochester NY

In re _Michelle Thiessen_____/ Debtor     Case No _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests  List creditors in alphabetical order to the extent practicable  If all secured creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent " If the claim is unliquidated, place an "X" in the column labeled "Unliquidated " If the claim is disputed, place an "X" in the column labeled "Disputed " (You may need to place an "X" in more than one of these three  columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules  Report this total also on the Summary of Schedules

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | |
| Account No | | | | | | | | |
| | | | Value | | | | | |
| Account No | | | | | | | | |
| | | | Value | | | | | |
| Account No | | | | | | | | |
| | | | Value | | | | | |
| Account No | | | | | | | | |
| | | | Value | | | | | |

No continuation sheets attached

Subtotal $     0.00
(Total of this page)

Total $     0 00
(Use only on last page  Report total also on Summary of Schedules)

In re _Michelle Thiessen_____ / Debtor     Case No _____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided Only holders of unsecured claims entitled to priority should be listed in this schedule In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent " If the claim is unliquidated, place an "X" in the column labeled "Unliquidated " If the claim is disputed, place an "X" in the column labeled "Disputed " (You may need to place an "X" in more than one of these three columns )

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule Repeat this total also on the Summary of Schedules

☒    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief 11 U S C § 507(a)(2)

☐    **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C § 507(a)(3)

☐    **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C § 507(a)(4)

☐    **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U S C § 507(a)(5)

☐    **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided 11 U S C § 507(a)(6)

☐    **Alimony, Maintenance or Support**
Claims of a spouse, former spouse or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U S C § 507(a)(7)

☐    **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C § 507(a)(8)

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution 11 U S C § 507(a)(9)

*Amounts are subject to adjustment on April 1 2007 and every three years thereafter with respect to cases commenced on or after the date of adjustment

No continuation sheets attached

FORM B6F (12/03) West Group, Rochester, NY

In re _Michelle Thiessen_____ / Debtor     Case No _____
                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition Do not include claims listed in Schedules D and E If all creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent " If the claim is unliquidated, place an "X" in the column labeled "Unliquidated " If the claim is disputed, place an "X" in the column labeled "Disputed " (You may need to place an "X" in more than one of these three columns )

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules Report this total also on the Summary of Schedules

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim If Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No<br>Creditor # : 1<br>abc Distributing, LLC<br>P O Box 611150<br>North Miami, FL 33261 | | | | | | | $ 65 00 |
| Account No<br>Creditor # : 2<br>America Online<br>GPO<br>P. O. Box 29593<br>New York, NY 10087 | | | | | | | $ 58 00 |
| Account No<br>Creditor # : 3<br>AT&T Wireless<br>c/o Forster & Garbus<br>P O Box 9030<br>Farmingdale, NY 11735 | | | | | | | $ 177.00 |
| Account No<br>Creditor # · 4<br>Bill Me Later<br>P. O Box 105658<br>Atlanta, GA 30348 | | | | | | | $ 125.00 |

____ 7 continuation sheets attached

                                                  **Subtotal $** | 425.00
                                               (Total of this page)

                                                  **Total $**
                  (Report total also on Summary of Schedules)

In re _Michelle Thiessen_____ / Debtor          Case No _____
                                                                        (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim If Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No<br>Creditor # : 5<br>Cape Coral Hospital<br>P O Box 150107<br>Cape Coral, FL 33915 | | | Medical Bills | | | | $ 613.00 |
| Account No<br>Creditor # : 6<br>Capital One<br>c/o Assoc. Recovery Sys.<br>P O Box 469046<br>Escondido, CA 92046 | | | | | | | Unknown |
| Account No<br>Creditor # : 7<br>Capital One<br>c/o Northland Group<br>P. O. Box 390857<br>Edina, MN 55439 | | | | | | | $ 744.00 |
| Account No<br>Creditor # : 8<br>Capital One Bank<br>4851 Cox Rd.<br>Richmond, VA 23229 | | | | | | | $ 45.00 |
| Account No<br>Creditor # : 9<br>Check-N-Go 753<br>c/o National Check Bureau<br>11802 Conrey Rd<br>Cincinnati, OH 45249 | | | | | | | $ 300.00 |
| Account No<br>Creditor # : 10<br>Crown Universal Finance<br>3345 Fowler St<br>Fort Myers, FL 33901 | | | Repossessed 1995 Ford Escort | | | | $ 144.00 |

Sheet No __1__ of __7__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | 1,846.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _Michelle Thiessen_____ / Debtor    Case No _____
                                                                        (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim If Claim is Subject to Setoff, so State | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No<br>Creditor # : 11<br>Digestive Health Physicians<br>P O Box 918561<br>Orlando, FL 32891 | | | Medical Bills | | | | $ 260.00 |
| Account No<br>Creditor # . 12<br>Eye Centers of Florida<br>4101 Evans Ave<br>Fort Myers, FL 33901 | | | Medical Bills | | | | $ 140.00 |
| Account No<br>Creditor # : 13<br>Florida Radiology Consultants<br>2726 Swamp Cabbage Ct.<br>Fort Myers, FL 33901 | | | Medical Bills | | | | $ 80 00 |
| Account No<br>Creditor # : 14<br>Ford Motor Credit Co.<br>c/o Lee County Civil Court<br>1700 Monroe St.<br>Fort Myers, FL 33901 | | | | | | | Unknown |
| Account No<br>Creditor # . 15<br>Ford Motor Credit Co.<br>c/o Bray & Singletary<br>P O Box 53197<br>Jacksonville, FL 32201 | | | 1995 Ford Escort | | | | $ 8,723.00 |
| Account No<br>Creditor # : 16<br>Highlights for Children<br>P. O Box 269<br>Columbus, OH 43216 | | | | | | | $ 21.00 |

Sheet No _2_ of __7_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     9,224.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _Michelle Thiessen_ / Debtor    Case No _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim If Claim is Subject to Setoff, so State H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No<br>Creditor # : 17<br>Horizon Cape Coral<br>P. O Box 550016<br>Tampa, FL 33655 | | Medical Bills | | | | $ 207.00 |
| Account No<br>Creditor # : 18<br>Internal Medicine Assoc.<br>P O Box 7006<br>Fort Myers, FL 33911 | | Medical Bills | | | | $ 15 00 |
| Account No<br>Creditor # : 19<br>Island Coast Pediatrics<br>16450 S Tamiami Trail<br>Suite 8<br>Fort Myers, FL 33908 | | Medical Bills | | | | $ 90.00 |
| Account No<br>Creditor # : 20<br>Kagan, Jugan & Assoc.<br>c/o Gulf Coast Collection<br>3621 Webber St<br>Sarasota, FL 34232 | | Medical Bills | | | | Unknown |
| Account No<br>Creditor # : 21<br>Kagan, Jugan & Assoc.<br>2745 Swamp Cabbage Ct<br>#305<br>Fort Myers, FL 33901 | | Medical Bills | | | | $ 69.00 |
| Account No<br>Creditor # : 22<br>LabCorp of America<br>c/o C.C.S<br>P. O Box 55126<br>Boston, MA 02205 | | Medical Bills | | | | $ 47.00 |

Sheet No _3_ of _7_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     428.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Michelle Thiessen_____ / Debtor       Case No _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim If Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No<br>Creditor # : 23<br>Laurel Oak Med. Assoc.<br>P O. Box 152387<br>Cape Coral, FL 33915 | | | Medical Bills | | | | $ 10 00 |
| Account No<br>Creditor # : 24<br>Lee Memorial Health Sys.<br>P. O. Box 2147<br>Fort Myers, FL 33902 | | | Medical Bills | | | | $ 116.00 |
| Account No<br>Creditor # : 25<br>Lee OB/GYN Assoc.<br>3610 Broadway<br>Fort Myers, FL 33901 | | | Medical Bills | | | | $ 39.00 |
| Account No<br>Creditor # : 26<br>Medical Payment Data<br>c/o I C Systems<br>P. O Box 54378<br>St. Paul, MN 55164 | | | Medical Bills | | | | $ 445.00 |
| Account No<br>Creditor # · 27<br>Medical Payment Data<br>c/o Prof Adjustment Corp.<br>6314-B Corporate Ct.<br>Fort Myers, FL 33919 | | | Medical Bills | | | | $ 1,176.00 |
| Account No<br>Creditor # : 28<br>Medical Payment Data<br>c/o OSI Collection Svcs.<br>P O. Box 3900<br>Lakeland, FL 33802 | | | Medical Bills | | | | $ 2,603.00 |

Sheet No __4__ of __7__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      4,389.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _Michelle Thiessen_____ / Debtor      Case No _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim If Claim is Subject to Setoff, so State | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No | | | | | | | $ 260.00 |
| Creditor # : 29 Medical Payment Data c/o Gulf Coast Collection 3621 Webber St Sarasota, FL 34232 | | Medical Bills | | | | | |
| Account No | | | | | | | $ 79.00 |
| Creditor # : 30 Medical Payment Data c/o Financial Credit Svcs P  O  Box 90 Clearwater, FL 33762 | | Medical Bills | | | | | |
| Account No | | | | | | | $ 90.00 |
| Creditor # : 31 Medical Payment Data c/o Merchants Assoc. Coll. 134 S. Tampa St. Tampa, FL 33602 | | Medical Bills | | | | | |
| Account No | | | | | | | $ 323.00 |
| Creditor # : 32 Microsoft P. O. Box 847124 Dallas, TX 75284 | | | | | | | |
| Account No | | | | | | | $ 296.00 |
| Creditor # · 33 Phys. Primary Care of SWF 12995 S  Cleveland Ave Suite #206 Fort Myers, FL 33907 | | Medical Bills | | | | | |
| Account No | | | | | | | $ 71.00 |
| Creditor # : 34 Radiology Regional Center P. O  Box 6946 Fort Myers, FL 33911 | | Medical Bills | | | | | |

Sheet No ___5__ of _____7 continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

Subtotal $     1,119.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _Michelle Thiessen_ _____ / Debtor     Case No _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No | | | | | | $ 552 00 |
| Creditor # : 35 Radiology Regional Center 3680 Broadway Fort Myers, FL 33901 | | Medical Bills | | | | |
| Account No | | | | | | $ 1,484.00 |
| Creditor # : 36 Regional Acceptance Corp. c/o Central Credit Svcs. P. O. Box 189 St Charles, MO 63302 | | | | | | |
| Account No | | | | | | $ 42 00 |
| Creditor # . 37 Scholastic P O Box 6011 Jefferson City, MO 65102 | | | | | | |
| Account No | | | | | | $ 556.00 |
| Creditor # . 38 Spiegel/Newport News FCNB Processing Center 9300 S W Gemini Dr. Beaverton, OR 97008 | | | | | | |
| Account No | | | | | | $ 168 00 |
| Creditor # : 39 Sprint c/o Allied Interstate P. O. Box 369008 Columbus, OH 43236 | | | | | | |
| Account No | | | | | | $ 62.00 |
| Creditor # : 40 Sprint c/o NCO Financial Sys P O box 41457 Philadelphia, PA 19101 | | | | | | |

Sheet No ___6___ of ___7___ continuation sheets attached to Schedule of      **Subtotal $**     2,864.00

Creditors Holding Unsecured Nonpriority Claims     (Total of this page)

       **Total $**

(Report total also on Summary of Schedules)

In re _Michelle Thiessen_____ / Debtor     Case No _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim If Claim is Subject to Setoff, so State | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No <br> Creditor # . 41 <br> Sprint PCS <br> c/o Universal Fidelity Corp. <br> P. O. Box 941911 <br> Houston, TX 77094 | | | | | | | $ 361 00 |
| Account No <br> Creditor # : 42 <br> Sprint PCS <br> c/o West Asset Mgmt. <br> 220 Sunset Blvd <br> Sherman, TX 75092 | | | | | | | Unknown |
| Account No <br> Creditor # : 43 <br> Wachovia Bank <br> c/o Mitchell Kay, Esq. <br> 7 Penn Plaza <br> New York, NY 10001 | | | | | | | $ 895.00 |
| Account No <br> Creditor # · 44 <br> Washington Mutual Finance <br> c/o Portfolio Recovery Assoc. <br> P. O Box 12914 <br> Norfolk, VA 23541 | | | | | | | $ 3,649.00 |
| Account No <br> Creditor # : 45 <br> Wells Fargo Financial <br> P. O. Box 98784 <br> Las Vegas, NV 89193 | | | | | | | $ 6,000 00 |
| Account No | | | | | | | |

Sheet No __7__ of __7__ continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

Subtotal $     10,905.00

(Total of this page)

Total $     31,200 00

(Report total also on Summary of Schedules)

## SCHEDULE G -: EXECUTORY CONTRACTS AND UNEXPIRED LEASES

__XX__ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |


## SCHEDULE H - CODEBTORS

__XX__ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re _Michelle Thiessen_ _____/ Debtor    Case No _____
                                                                        (if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status | RELATIONSHIP | | AGE |
| _Single_ | _Child_ | | _8_ |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Medical assistant_ | |
| Name of Employer | _Florida Neurology Group_ | |
| How Long Employed | | |
| Address of Employer | | |

| Income (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 1,357.00 | $ | 0 00 |
| Estimated Monthly Overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 1,357.00 | $ | 0.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a Payroll Taxes and Social Security | $ | 113 00 | $ | 0 00 |
| b Insurance | $ | 50 00 | $ | 0 00 |
| c Union Dues | $ | 0.00 | $ | 0.00 |
| d Other (Specify) | $ | 0 00 | $ | 0 00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 163.00 | $ | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,194.00 | $ | 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 150 00 | $ | 0.00 |
| Income from Real Property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0 00 | $ | 0 00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| Social Security or other government assistance Specify | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income Specify | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 1,344.00 | $ | 0 00 |

TOTAL COMBINED MONTHLY INCOME    $ _____ 1,344 00
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document

In re _Michelle Thiessen_ _____ / Debtor    Case No _____

(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household  Complete a separate schedule of expenditures labeled "Spouse "

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 725 00 |
| Are real estate taxes included?   Yes ☐   No ☒ | |
| Is property insurance included?   Yes ☐   No ☒ | |
| Utilities  Electricity and heating fuel | $ 72.00 |
|     Water and sewer | $ 40.00 |
|     Telephone | $ 43.00 |
|     Other   _Cable_ | $ 46 00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| Home maintenance (Repairs and upkeep) | $ 0.00 |
| Food | $ 175.00 |
| Clothing | $ 0 00 |
| Laundry and dry cleaning | $ 0 00 |
| Medical and dental expenses | $ 0 00 |
| Transportation (not including car payments) | $ 100.00 |
| Recreation, clubs and entertainment, newspapers  magazines, etc | $ 0.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 0.00 |
|     Life | $ 0.00 |
|     Health | $ 0.00 |
|     Auto | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify | $ 0.00 |
| Installment payments (in chapter 12  and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 0 00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other   _Child care_ | $ 104.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| TOTAL MONTHLY EXPENSES    (Report also on Summary of Schedules) | $ 1,305.00 |

In re _Michelle Thiessen_ _____/ Debtor    Case No _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   _19_   sheets, and that they are true and correct to the best of my knowledge  information and belief

Date ___1/24/05___        Signature _____

_Michelle Thiessen_

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

In re *Michelle Thiessen*

Case No  
Chapter  7

_____/ Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs

Questions 1-18 are to be completed by all debtors  Debtors that are or have been in business, as defined below, also must complete Questions 19-25  If the answer to any question is "None," or the question is not applicable, mark the box labeled "None " If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question

---

### DEFINITIONS

"In business " A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following  an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed

"Insider " The term "insider" includes but is not limited to  relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives, affiliates of the debtor and insiders of such affiliates, any managing agent of the debtor  11 U S C   §101

### 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date  this case was commenced  State also the gross amounts received during the two years immediately preceding this calendar year  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income  Identify the beginning and ending dates of the debtor's fiscal year )  If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter  13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

<u>AMOUNT</u>                                    <u>SOURCE (if more than one)</u>

*Year to date:$1,344*  
  *Last Year:$*  
*Year before:$*

---

### 2  Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession  or operation of the debtor's business during the two years immediately preceding the commencement of this case  Give particulars  If a joint petition is filed  state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed )

☒ NONE

---

### 3  Payments to creditors

a  List all payments on loans, installment purchases of goods or services, and other debts  aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed )

☒ NONE

b List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

b Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

## 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

## 6 Assignments and receiverships.

a Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

b List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

## 9. Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: William G. Whitcomb <br> Address: <br> 2016 Bayside Parkway <br> Fort Myers, FL 33901 | Date of Payment: <br> Payor: Michelle Thiessen | $495.00 |

## 10 Other transfers

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

## 11 Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case Include checking, savings or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed )

☒ NONE

## 12 Safe deposit boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

## 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

## 14 Property held for another person.

List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Owner: Father <br> Address: | Description: TV <br> Value: | |
| Owner: Friend <br> Address: | Description: Car <br> Value: | |

## 15 Prior address of debtor

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case If a joint petition is filed, report also any separate address of either spouse

☒ NONE

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including but not limited to statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law

a List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

☒ NONE

b List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material Indicate the governmental unit to which the notice was sent and the date of the notice

☒ NONE

c List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number

☒ NONE

## 18. Nature, location and name of business

a If the debtor is an individual, list the names addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director partner, or managing executive of a corporation partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case

☒ NONE

b Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U S C § 101

☒ NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or otherwise self-employed

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case   A debtor who has not been in business within those six years should go directly to the signature page )

## 19. Books, records and financial statements.

a  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor

☒ NONE

b  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records  or prepared a financial statement of the debtor

☒ NONE

c  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor  If any of the books of account and records are not available, explain

☒ NONE

d  List all financial institutions  creditors and other parties, including mercantile and trade agencies  to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor

☒ NONE

## 20. Inventories

a  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory

☒ NONE

b  List the name and address of the person having possession of the records of each of the two inventories  reported in a , above

☒ NONE

## 21  Current Partners, Officers, Directors and Shareholders.

a  If the debtor is a partnership, list the nature and percentage of partnership interest of each member  of  the  partnership

☒ NONE

b  If the debtor is a corporation, list all officers and directors of the corporation  and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation

☒ NONE

## 22  Former partners, officers, directors and shareholders.

a  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of  this  case

☒ NONE

b If the debtor is a corporation list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case

☒ NONE

## 23. Withdrawals from a partnership or distribution by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case

☒ NONE

## 24 Tax Consolidation Group.

If the debtor is a corporation list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six year period immediately preceeding the commencement of the case

☒ NONE

## 25. Pension Funds

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six year period immediately preceding the commencement of the case

☒ NONE

# DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief

Date  1/24/05          Signature X _Michelle Thiessen_

Michelle Thiessen

Date _____          Signature _____

Penalty for making a false statement Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C  § 152 and § 3571

Michelle Thiessen
1613 Bolado Pkwy.
Cape Coral, FL 33914

abc Distributing, LLC
P. O. Box 611150
North Miami, FL 33261

America Online
GPO
P. O. Box 29593
New York, NY 10087

AT&T Wireless
c/o Forster & Garbus
P. O. Box 9030
Farmingdale, NY 11735

Bill Me Later
P. O. Box 105658
Atlanta, GA 30348

Cape Coral Hospital
P. O. Box 150107
Cape Coral, FL 33915

Capital One
c/o Northland Group
P. O. Box 390857
Edina, MN 55439

Capital One
c/o Assoc. Recovery Sys.
P. O. Box 469046
Escondido, CA 92046

Capital One Bank
4851 Cox Rd.
Richmond, VA 23229

Check-N-Go 753
c/o National Check Bureau
11802 Conrey Rd.
Cincinnati, OH 45249

Crown Universal Finance
3345 Fowler St.
Fort Myers, FL 33901

Digestive Health Physicians
P. O. Box 918561
Orlando, FL 32891

Florida Radiology Consultant
2726 Swamp Cabbage Ct.
Fort Myers, FL 33901

Ford Motor Credit Co.
c/o Lee County Civil Court
1700 Monroe St.
Fort Myers, FL 33901

Ford Motor Credit Co.
c/o Bray & Singletary
P. O. Box 53197
Jacksonville, FL 32201

Highlights for Children
P. O. Box 269
Columbus, OH 43216

Horizon Cape Coral
P. O. Box 550016
Tampa, FL 33655

Internal Medicine Assoc.
P. O. Box 7006
Fort Myers, FL 33911

Island Coast Pediatrics
16450 S. Tamiami Trail
Suite 8
Fort Myers, FL 33908

Kagan, Jugan & Assoc.
2745 Swamp Cabbage Ct.
#305
Fort Myers, FL 33901

Kagan, Jugan & Assoc.
c/o Gulf Coast Collection
3621 Webber St.
Sarasota, FL 34232

LabCorp of America
c/o C.C.S.
P. O. Box 55126
Boston, MA 02205

Laurel Oak Med. Assoc.
P. O. Box 152387
Cape Coral, FL 33915

Lee Memorial Health Sys.
P. O. Box 2147
Fort Myers, FL 33902

Lee OB/GYN Assoc.
3610 Broadway
Fort Myers, FL 33901

Medical Payment Data
c/o Financial Credit Svcs.
P. O. Box 90
Clearwater, FL 33762

Medical Payment Data
c/o Merchants Assoc. Coll.
134 S. Tampa St.
Tampa, FL 33602

Medical Payment Data
c/o Gulf Coast Collection
3621 Webber St.
Sarasota, FL 34232

Medical Payment Data
c/o Prof. Adjustment Corp.
6314-B Corporate Ct.
Fort Myers, FL 33919

Medical Payment Data
c/o I C Systems
P. O. Box 54378
St. Paul, MN 55164

Medical Payment Data
c/o OSI Collection Svcs.
P. O. Box 3900
Lakeland, FL 33802

Microsoft
P. O. Box 847124
Dallas, TX 75284

Phys. Primary Care of SWF
12995 S. Cleveland Ave.
Suite #206
Fort Myers, FL 33907

Radiology Regional Center
P. O. Box 6946
Fort Myers, FL 33911

Wells Fargo Financial
P. O. Box 98784
Las Vegas, NV 89193

Radiology Regional Center
3680 Broadway
Fort Myers, FL 33901

Eye Centers of Florida
4101 Evans Ave.
Fort Myers, FL  33901

Regional Acceptance Corp.
c/o Central Credit Svcs.
P. O. Box 189
St. Charles, MO 63302

Scholastic
P. O  Box 6011
Jefferson City, MO 65102

Spiegel/Newport News
FCNB Processing Center
9300 S.W. Gemini Dr.
Beaverton, OR 97008

Sprint
c/o Allied Interstate
P. O. Box 369008
Columbus, OH 43236

Sprint
c/o NCO Financial Sys.
P. O. box 41457
Philadelphia, PA 19101

Sprint PCS
c/o Universal Fidelity Corp.
P. O. Box 941911
Houston, TX 77094

Sprint PCS
c/o West Asset Mgmt.
220 Sunset Blvd.
Sherman, TX 75092

Wachovia Bank
c/o Mitchell Kay, Esq.
7 Penn Plaza
New York, NY 10001

Washington Mutual Finance
c/o Portfolio Recovery Assoc
P. O. Box 12914
Norfolk, VA 23541

FORM B8 (12/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

In re *Michelle Thiessen*

Case No
Chapter  7

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

| | |
|---|---|
| 1  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate | |

2  I intend to do the following with respect to the property of the estate which secures those consumer debts.

### a.  Property to Be Surrendered.

| Description of Property | Creditor's Name |
|---|---|
| None | |

### b.  Property to Be Retained.

[Check any applicable statement ]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U S C § 722 | Debt will be reaffirmed pursuant to 11 U S C § 524(c) |
|---|---|---|---|---|
| None | | | | |

### Signature of Debtor(s)

Date  1/24/05

Debtor  *Michelle Thiessen*

Date  _____

Joint Debtor  _____

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re *Michelle Thiessen*

Case No
Chapter  7

_____ / Debtor

Attorney for Debtor  *William G. Whitcomb*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that

1   The undersigned is the attorney for the debtor(s) in this case

2   The compensation paid or agreed to be paid by the debtor(s), to the undersigned is
   a)  For legal services rendered or to be rendered in contemplation of and in connection with this case                  $                    *495.00*
   b)  Prior to the filing of this statement, debtor(s) have paid            $                    *495.00*
   c)  The unpaid balance due and payable is                                 $                      *0.00*

3   $     *209.00*     of the filing fee in this case has been paid

4   The Services rendered or to be rendered include the following
   a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code
   b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court
   c)  Representation of the debtor(s) at the meeting of creditors

5   The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
      *None other*

6   The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
      *None other*

7   The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated
      *None*

8   The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows
      *None*

Dated  1-12-05            Respectfully submitted,

X_____
Attorney for Petitioner  *William G. Whitcomb*
                         *William G. Whitcomb*
                         *2016 Bayside Parkway*
                         *Fort Myers FL  33901*